United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 13-cv-06017-JSC<br><br>**ORDER REFERRING CASE FOR SETTLEMENT TO A MAGISTRATE JUDGE** |

In light of the parties' request, and their past success in settling similar FOIA actions, this action is referred to a randomly-assigned magistrate judge for a settlement conference to take place within the next 60 days, or as soon thereafter as is convenient for the magistrate judge. The case management conference is continued to **August 7, 2014 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: May 14, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge