1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
4  Assistant United States Attorney
           150 Almaden Boulevard, Suite 900
5          San Jose, California 95113
           Telephone: (408) 535-5082
6          FAX: (408) 535-5081
           claire.cormier@usdoj.gov
7
8  Attorneys for Defendant
   United States Postal Service
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 DOUGLAS F. CARLSON,                  )  CASE NO. CV 13-6017 JSC (KAW)
                                        )
14         Plaintiff,                   )  STIPULATION AND ORDER CONTINUING
                                        )  SETTLEMENT CONFERENCE
15      v.                              )
                                        )
16 UNITED STATES POSTAL SERVICE,        )
                                        )
17         Defendant.                   )
                                        )
18 ─────────────────────────────────────)

19         This case was scheduled for a settlement conference to take place on June 27, 2014 with

20 Magistrate Judge Kandis A. Westmore.  On June 12, 2014, upon the stipulated request of the parties,

21 Magistrate Judge Jacqueline Scott Corley issued an order extending the deadline for the settlement

22 conference to September 5, 2014.  Based on this extension and consultation with the Courtroom Deputy

23 for Judge Westmore, the parties HEREBY STIPULATE AND REQUEST that the settlement conference

24 be continued to September 5, 2014.

25         //

26         //

27         //

28         //

STIPULATION AND ORDER  RE SETTLEMENT CONFERENCE
CASE NO. CV 13-6017 JSC (KAW)

1   IT IS SO STIPULATED.

2                                          Respectfully submitted,

3   Dated:  June 12, 2014

4
                                    /s/
5                            By:    _____.
                                    DOUGLAS F. CARLSON
6                                   Plaintiff

7   Dated:  June 12, 2014           MELINDA HAAG
                                    UNITED STATES ATTORNEY
8
                                    /s/
9                            By:    _____.
                                    CLAIRE T. CORMIER[1]
10                                  Assistant U.S. Attorney

11
                                **[PROPOSED] ORDER**
12
        Pursuant to the stipulated request of the parties and good cause appearing, the settlement
13
    conference for this case is continued from June 27, 2014 to September 5, 2014 at 10:00 a.m.  The
14
    remainder of the requirements of the previous Notice of Settlement Conference and Settlement
15
    Conference Order remain in effect.
16
        IT IS SO ORDERED.
17
    DATE:  June 17, 2014
18
                                    _____.
19                                  KANDIS A. WESTMORE
                                    United States Magistrate Judge
20

21

22

23

24

25

26

27
    _____
28      [1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic
    signatures indicated by a "conformed" signature (/s/) within this e-filed document.
    STIPULATION AND ORDER  RE SETTLEMENT CONFERENCE
    CASE NO. CV 13-6017 JSC (KAW)