UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 13-cv-06017-JSC<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 36 |

Plaintiff Douglas F. Carlson ("Plaintiff"), proceeding pro se, brings this FOIA action against Defendant United States Postal Service ("Defendant"). On February 12, 2015 the parties appeared in court for a Case Management Conference ("CMC"). Defendant filed a Case Management Statement in advance of the hearing (Dkt. No. 36), which indicated that Plaintiff planned to seek to amend his First Supplemental Complaint (Dkt. No. 22-1). Plaintiff confirmed as much at the hearing.

Accordingly, for the reasons stated in open court at the hearing, the Court ORDERS as follows:

1. Plaintiff shall provide a proposed Second Amended Complaint to Defendant by April 10, 2015.

2. Defendant shall inform Plaintiff whether it stipulates to any or all proposed amendments by no later than April 24, 2015.

3. To the extent that Defendant does not stipulate to any claim, Plaintiff shall file a motion for leave to amend the First Supplemental Complaint, if any, by May 1, 2015.

4. A further CMC is set for May 14, 2015 at 1:30 pm. If Plaintiff files a motion for

leave to amend the complaint, the Court will reschedule the CMC.

**IT IS SO ORDERED**.

Dated:  February 12, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge